UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ELBERT DAWKINS, on behalf of himself

and all others similarly situated,

Case No.: 1:22-cv-6625

Plaintiff,

-against-

SUITE NEW YORK, LLC

Defendants.
------------------------------------------------------------------------X

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, under Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss this action with prejudice, resolving all matters in dispute having been made and each party to bear its own fees and costs.

Dated: May 12, 2023

Dated: May 12, 2023

*s/Mark Rozenberg*

Mark Rozenberg, Esq.
STEIN SAKS, PLLC
One University Plaza, Suite 620
Hackensack, NJ 07601
201.282.6500
mrozenberg@steinsakslegal.com
*Attorneys for Plaintiff*

*s/Brett Gallaway*

Brett Gallaway
McLaughlin & Stern, LLP
260 Madison Ave
New York, NY 10016
212-448-1100
bgallaway@mclaughlinstern.com
*Attorneys for Defendant*